IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ingenus Pharmaceuticals, LLC | ) <br> ) |
| v. | ) Civil Action No. 24-_____ |
| Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI | ) <br> ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: Jul 31, 2024

Date of Expiration of Patent: 2/15/2036

Thirty Month Stay Deadline: Jan 31, 2027

| | |
|---|---|
| September 11, 2024 | /s/ Neal C. Belgam |
| Date | Attorney(s) for Plaintiff |