AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| Ingenus Pharmaceuticals, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. TBD |
| Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI
        3500 S Dupont Highway, Dover DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Neal C. Belgam, Esq. & Daniel A. Taylor, Esq.
        SMITH, KATZENSTEIN & JENKINS LLP
        1000 West Street, Suite 1501
        Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/11/2024

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. TBD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Hetero USA, Inc at 10:04 am__
was received by me on *(date)* __09/12/2024__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Josh Dehart at 10:04 am__, who is
designated by law to accept service of process on behalf of *(name of organization)* __W/K Incorporating Services, Inc by acting as registered agent__ on *(date)* __09/12/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __09/12/2024__

*Server's signature*

__Shelly Miles/Process Server__
*Printed name and title*

Parcels, Inc
1111B South Governors Ave
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc: