# EXHIBIT 2

| | |
|---|---|
| **From:** | Cragg, Tyler E. |
| **To:** | Daniel A. Taylor; Noa, Jesse L.; Davis, Matthew F.; Steele, Myron T. |
| **Cc:** | Jason Miller; Daniel Markham |
| **Subject:** | RE: Chow v. Canyon Bridge Capital Management, LLC, C.A. No. 22-947-JLH-SRF |
| **Date:** | Friday, September 13, 2024 3:55:04 PM |
| **Attachments:** | imageaace92.PNG |

EXTERNAL EMAIL

Daniel,

Following up on your call to Jesse regarding today's deadline. We do not agree to submit Plaintiff's proposed scheduling order as doing so would moot Defendants' outstanding motion. Given the briefing schedule the Court entered, it is clear that Judge Fallon intends to promptly rule on Defendants' motion. We think that the parties should instead enter into a stipulation extending the deadline until five days after the Court rules on Defendants' motion. This will permit the Court time to consider Defendants' motion and then give the parties an opportunity for a constructive scheduling conversation should the motion be denied. If you will not agree, at a minimum Defendants cannot agree to the proposed trial dates because Defendants' Delaware counsel has a conflict with another trial at that time.

Best,
Tyler



**Tyler E. Cragg** | Associate

**Potter Anderson & Corroon LLP** | 1313 North Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6214

tcragg@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to

ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

---

**From:** Daniel A. Taylor <DAT@skjlaw.com>
**Sent:** Friday, September 13, 2024 10:05 AM
**To:** Noa, Jesse L. <jnoa@potteranderson.com>; Davis, Matthew F. <mdavis@potteranderson.com>; Cragg, Tyler E. <tcragg@potteranderson.com>; Steele, Myron T. <msteele@potteranderson.com>
**Cc:** Jason Miller <jm@skjlaw.com>; Daniel Markham <dmarkham@wmlawny.com>
**Subject:** [EXT] RE: Chow v. Canyon Bridge Capital Management, LLC, C.A. No. 22-947-JLH-SRF

> ** This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. **

Hi Jesse,

Following up my earlier email with the Joint Proposed Scheduling Order and cover letter for Judge Fallon due today. Despite Defendants' motion, Her Honor's Oral Order did not terminate this deadline. Let me know if you have any comments or edits. If we need to get on the phone to discuss, let me know, and we can make that happen.

Daniel

**Daniel Taylor | Registered Patent Attorney**
Smith, Katzenstein & Jenkins LLP | The Brandywine Building
1000 West Street, Suite 1501 | P.O. Box 410
Wilmington, DE  19899
Direct:  302 504 1681
Main:  302 652 8400
dtaylor@skjlaw.com  |  www.skjlaw.com

---

**From:** Daniel A. Taylor
**Sent:** Monday, September 9, 2024 5:21 PM
**To:** jnoa@potteranderson.com; mdavis@potteranderson.com; Tyler E. Cragg (tcragg@potteranderson.com) <tcragg@potteranderson.com>
**Cc:** Jason Miller <jm@skjlaw.com>
**Subject:** Chow v. Canyon Bridge Capital Management, LLC, C.A. No. 22-947-JLH-SRF

Hi Jesse,

Thanks for the call earlier today. Plaintiff does not consent to extend time for the Rule 16 conference.

Also, since we are to present a joint proposed scheduling order on Friday 9/13, we have

prepared a draft Scheduling Order with the directed sections of Judge Fallon's and Judge Hall's form orders. We look forward to your comments.

Daniel



**Daniel Taylor | Registered Patent Attorney**
Smith, Katzenstein & Jenkins LLP |  The Brandywine Building
1000 West Street, Suite 1501  | P.O. Box 410
Wilmington, DE  19899
Direct:  302 504 1681
Main:  302 652 8400
dtaylor@skjlaw.com  |  www.skjlaw.com