# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>HETERO USA, INC., HETERO LABS LTD., AND HETERO LABS LTD. UNIT-VI,<br><br>      Defendants. | Civil Action No. 24-1025 (JLH) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Neal Seth, Wesley E. Weeks, and Corey Weinstein of the law firm Wiley Rein LLP to represent Defendants Hetero USA, Inc., Hetero Labs Ltd. and Hetero Labs Ltd. Unit-VI in this matter.

Dated: October 1, 2024

                                 */s/ Kenneth L. Dorsney*
                                 Kenneth L. Dorsney (#3726)
                                 Cortlan S. Hitch (#6720)
                                 MORRIS JAMES LLP
                                 500 Delaware Ave., Suite 1500
                                 Wilmington, DE 19801-1494
                                 (302) 888-6800
                                 kdorsney@morrisjames.com
                                 chitch@morrisjames..com

                                 *Attorneys for Defendants*
                                 *Hetero USA, Inc., Hetero Labs Ltd. and*
                                 *Hetero Labs Ltd. Unit-VI*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____  _____
                                                         United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 will be submitted upon filing of this motion.

Date:   October 1, 2024

Signed: _____
Neal Seth, Esq.
Wiley Rein LLP
2050 M Street NW
Washington, DC  20036
(202) 719-4179
nseth@wiley.law

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 will be submitted upon filing of this motion.

Date: October 1, 2024

Signed: _____
Wesley E. Weeks Esq.
Wiley Rein LLP
2050 M Street NW
Washington, DC  20036
(202) 719-7569
wweeks@wiley.law

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 will be submitted upon filing of this motion.

Date:   October 1, 2024

Signed: _____
Corey Weinstein, Esq.
Wiley Rein LLP
2050 M Street NW
Washington, DC  20036
(202) 719-7110
cweinstein@wiley.law