# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>              Defendants. | C.A. No. 1:24-cv-01025-JLH |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for the Defendants Hetero Labs Ltd. and Hetero USA, Inc., which are nongovernmental corporate entities, makes the following disclosure statement:

Hetero Labs Limited and Hetero Drugs Limited are both parent corporations of Hetero USA, Inc. Hetero Labs Limited and Hetero Drugs Limited each own 10% or more of the stock of Hetero USA, Inc.

Hetero Labs Limited Unit-V is not a distinct entity, but rather a division of Hetero Labs Limited.

No publicly held corporation owns 10% or more of the stock of Hetero USA, Inc., Hetero Labs Limited, or Hetero Drugs Limited.

Dated: October 3, 2024

OF COUNSEL:

Neal Seth
Wesley E. Weeks
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
(202) 719-7000
nseth@wiley.law
weeks@wiley.law

   /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants
Hetero USA, Inc., Hetero Labs Ltd.,
and Hetero Labs Ltd. Unit-VI*