# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>  Defendants. | C.A. No. 24-1025-JLH |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Ingenus Pharmaceuticals, LLC ("Plaintiff"), and Defendants Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI (collectively, "Hetero" or "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to submit the Proposed Scheduling Order and related letter (D.I. 14) is extended from November 6, 2024 to November 15, 2024.

Dated: November 6, 2024

| | |
|---|---|
| */s/ Daniel A. Taylor* | */s/ Cortlan S. Hitch* |
| Neal C. Belgam (#2721) | Kenneth L. Dorsney (#3726) |
| Daniel A. Taylor (#6934) | Cortlan S. Hitch (#6720) |
| 1000 West Street, Suite 1501 | MORRIS JAMES LLP |
| Wilmington, DE 19801 | 500 Delaware Ave., Ste. 1500 |
| (302) 652-8400 | Wilmington, DE 19801 |
| nbelgam@skjlaw.com | (302) 888-6800 |
| dtaylor@skjlaw.com | kdorsney@morrisjames.com |
| | chitch@morrisjames.com |
| *Attorneys for Plaintiff* | |
| *Ingenus Pharmaceuticals, LLC* | *Attorneys for Defendants* |
| | *Hetero USA, Inc., Hetero Labs Ltd., and* |
| | *Hetero Labs Ltd. Unit-VI* |

**SO ORDERED** this \_\_\_\_ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE
