IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>   Defendant. | C.A. No. 24-1025-JLH |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE and withdraw the appearance of Chidambaram S. Iyer as *pro hac vice* counsel for Plaintiff Ingenus Pharmaceuticals LLC ("Ingenus") in the above-captioned matter. Ingenus will continue to be represented by all other counsel of record.

Dated: December 5, 2024

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Ingenus Pharmaceuticals, LLC*