# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>               Defendants. | C.A. No. 24-1025-JLH |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS HETERO USA, INC., HETERO LABS LTD., AND HETERO LABS LTD. UNIT-VI'S RULE 26(a)(1) INITIAL DISCLOSURES**

**DEFENDANTS HETERO USA, INC., HETERO LABS LTD., AND HETERO LABS LTD. UNIT-VI'S PARAGRAPH 3 DISCLOSURES**

were served upon the attorneys listed below via electronic mail on this 9th day of December, 2024:

| | |
|---|---|
| Neal C. Belgam<br>Daniel A. Taylor<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Plaintiff*<br>*Ingenus Pharmaceuticals, LLC* | Michael R. Dzwonczyk<br>John T. Callahan<br>L. Roman Rachuba<br>SUGHRUE MION, PLLC<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20037<br>mdzwonczyk@sughrue.com<br>jcallahan@sughrue.com<br>lrachuba@sughrue.com<br><br>*Attorneys for Plaintiff*<br>*Ingenus Pharmaceuticals, LLC* |

1

| | |
|---|---|
| Dated: December 9, 2024 | */s/ Kenneth L. Dorsney* |
| | Kenneth L. Dorsney (#3726) |
| OF COUNSEL: | Cortlan S. Hitch (#6720) |
| Neal Seth | MORRIS JAMES LLP |
| Wesley E. Weeks | 500 Delaware Ave., Ste. 1500 |
| WILEY REIN LLP | Wilmington, DE 19801-1494 |
| 2050 M St. NW | (302) 888-6800 |
| Washington, DC 20036 | kdorsney@morrisjames.com |
| (202) 719-7000 | chitch@morrisjames.com |
| nseth@wiley.law | |
| weeks@wiley.law | |
| | *Attorneys for Defendants Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI* |