## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>Defendant. | C.A. No. 24-1025-JLH |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 9, 2024, Plaintiff Ingenus Pharmaceuticals, LLC served its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Paragraph 3 of the Delaware Default Standard for Discovery on the following counsel for Defendant via email:

Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
kdorsney@morrisjames.com
chitch@morrisjames.com

Neal Seth
Wesley E. Weeks
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
nseth@wiley.law
weeks@wiley.law

Dated:  December 9, 2024

                SMITH, KATZENSTEIN & JENKINS LLP

                */s/ Daniel A. Taylor*
                Neal C. Belgam (No. 2721)
                Daniel A. Taylor (No. 6934)
                1000 West Street, Suite 1501
                Wilmington, DE 19801
                (302) 652-8400
                nbelgam@skjlaw.com
                dtaylor@skjlaw.com

                *Attorneys for Plaintiff Ingenus Pharmaceuticals, LLC*