**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>HETERO USA, INC., HETERO LABS LTD.,<br>and HETERO LABS LTD. UNIT-VI,<br><br>                Defendants. | C.A. No. 24-1025-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 17, 2025, Plaintiff Ingenus Pharmaceuticals, LLC served its Highly Confidential – Attorneys' Eyes Only Initial Infringement Contentions on the following counsel for Defendants via email:

Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
kdorsney@morrisjames.com
chitch@morrisjames.com

Neal Seth
Wesley E. Weeks
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
nseth@wiley.law
weeks@wiley.law

|  |  |
|---|---|
| Dated: March 17, 2025 | **SMITH, KATZENSTEIN & JENKINS LLP**<br><br>*/s/ Daniel A. Taylor*<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Counsel for Plaintiff*<br>*Ingenus Pharmaceuticals, LLC* |