# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>　　　　　Defendants. | C.A. No. 24-1025-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 25, 2025, Plaintiff Ingenus Pharmaceuticals, LLC served its First Supplemental Responses to Defendants' First Set of Requests for Production (Nos. 8 and 11) on the following counsel for Defendants via email:

Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
kdorsney@morrisjames.com
chitch@morrisjames.com

Neal Seth
Wesley E. Weeks
Corey Weinstein
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
nseth@wiley.law
weeks@wiley.law
cweinstein@wiley.law

2

Dated:  March 25, 2025

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Ingenus Pharmaceuticals, LLC*