IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>                      Defendants. | C.A. No. 1:24-cv-01025-JLH |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Defendants Hetero Labs Limited and Hetero Drugs Limited (collectively "Hetero") respectfully move the Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Production by Ingenus of documents in related Hatch-Waxman cases that involve the same patent, the same drug product, and the same issues as those raised in this litigation.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on March 20, 2025:

Delaware Counsel:

- Daniel Taylor (Ingenus)

- Kenneth Dorsney (Hetero)

Lead Counsel:

- L. Roman Rachuba (Ingenus)

- Wesley E. Weeks (Hetero)

The parties are available for a teleconference the week of April 21, 2025.

Dated: April 10, 2025

| | |
|---|---|
| OF COUNSEL:<br><br>Neal Seth<br>Wesley E. Weeks<br>WILEY REIN LLP<br>2050 M St. NW<br>Washington, DC 20036<br>(202) 719-7000<br>nseth@wiley.law<br>weeks@wiley.law | */s/ Cortlan S. Hitch*<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Ave., Ste. 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Hetero USA, Inc.,*<br>*Hetero Labs Ltd., and*<br>*Hetero Labs Ltd. Unit-VI* |