IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>HETERO USA, INC., HETERO LABS LTD.,<br>and HETERO LABS LTD. UNIT-VI,<br><br>                    Defendants. | C.A. No. 24-1025-JLH |

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES**

Plaintiff Ingenus Pharmaceuticals LLP ("Ingenus" or "Plaintiff") respectfully moves the Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- The refusal by Defendants Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI (together, "Hetero" or Defendants") to substantively respond to Plaintiff's Interrogatory Nos. 1-3, 5-8, and 11, concerning, *inter alia*: the consideration and development of Defendants' ANDA Product; Defendants' awareness of and actions taken with respect to the '952 Patent; and Defendants' Paragraph IV Certification.

- Defendants' refusal to produce documents in this litigation, besides Defendants' ANDA filing, including documents responsive to Plaintiff's Document Request Nos. 2, 5-10, 13-14, 16-18, 20-21, and 23-36, concerning, *inter alia*: Defendants' decision and efforts to manufacture, market, advertise, and sell Defendants' ANDA Product and any product of Defendants containing cyclophosphamide; the composition, development, research, and testing of Defendants' ANDA Product

and any product of Defendants containing cyclophosphamide; and Defendants' organizational structure.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on March 20, 2025:

Delaware Counsel:

- Daniel Taylor (Ingenus)
- Kenneth Dorsney (Hetero)

Lead Counsel:

- L. Roman Rachuba (Ingenus)
- Wesley E. Weeks (Hetero)

Plaintiff respectfully requests that the teleconference be scheduled for April 29, 2025, the same day the Court scheduled the teleconference for Defendants' discovery dispute. D.I. 35.

Dated: April 21, 2025

SMITH, KATZENSTEIN & JENKINS LLP

*Of Counsel:*

Michael Dzwonczyk
John T. Callahan
L. Roman Rachuba
**SUGHRUE MION PLLC**
2000 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20006
(973) 998-7722
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
mdzwonczyk@sughrue.com
jcallahan@sughrue.com
lrachuba@sughrue.com

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff*
*Ingenus Pharmaceuticals, LLC*