IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>               Defendants. | C.A. No. 24-1025-JLH |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANTS' FIRST SUPPLEMENTAL INVALIDITY CONTENTIONS**

were served upon the attorneys listed below via electronic mail on this 16th day of May, 2025 prior to 5:00 p.m. Eastern:

Neal C. Belgam
Daniel A. Taylor
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff*
*Ingenus Pharmaceuticals, LLC*

Michael R. Dzwonczyk
John T. Callahan
L. Roman Rachuba
SUGHRUE MION, PLLC
2000 Pennsylvania Ave., N.W.
Washington, DC 20037
mdzwonczyk@sughrue.com
jcallahan@sughrue.com
lrachuba@sughrue.com

*Attorneys for Plaintiff*
*Ingenus Pharmaceuticals, LLC*

1

Dated: May 16, 2025

|  |  |
|---|---|
| OF COUNSEL:<br>Neal Seth<br>Wesley E. Weeks<br>WILEY REIN LLP<br>2050 M St. NW<br>Washington, DC 20036<br>(202) 719-7000<br>nseth@wiley.law<br>weeks@wiley.law | /s/ Cortlan S. Hitch<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Ave., Ste. 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Hetero USA, Inc.,*<br>*Hetero Labs Ltd., and*<br>*Hetero Labs Ltd. Unit-VI* |