IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI, <br><br> Defendants. | C.A. No. 24-1025-JLH |

## MOTION TO STAY

Plaintiff Ingenus Pharmaceuticals, LLC ("Ingenus") respectfully moves the Court to stay this action pending resolution of an appeal of final judgment of invalidity of U.S. Patent No. 10,993,952 ("the '952 Patent") in *Ingenus Pharm., LLC v. Nexus Pharm., Inc.*, No. 1:22-cv-02868 (N.D. Ill.), currently captioned on appeal as *Ingenus Pharmaceuticals, LLC v. Nexus Pharmaceuticals, Inc.*, Case No. 2025-1840 (Fed. Cir.). Pursuant to Local Rule 7.1.1, the undersigned avers that a reasonable effort has been made to reach agreement with counsel for Defendants on the matters set forth in the motion. The grounds for this motion are fully set forth in the opening brief in support of this motion, filed contemporaneously herewith.

Dated:  June 13, 2025

*Of Counsel:*

Michael Dzwonczyk
John T. Callahan
L. Roman Rachuba II
**SUGHRUE MION PLLC**
2000 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
mdzwonczyk@sughrue.com
jcallahan@sughrue.com
lrachuba@sughrue.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Ingenus Pharmaceuticals, LLC*