# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA, INC., HETERO LABS LTD.,<br>and HETERO LABS LTD. UNIT-VI,<br><br>Defendants. | C.A. No. 24-1025-JLH |

## [PROPOSED] ORDER ON MOTION TO STAY

At Wilmington, on this ___ day of _____, 2025;

The Court having considered the briefing on Plaintiff's Motion to Stay;

IT IS HEREBY ORDERED THAT the Motion is GRANTED:

1. This matter shall be STAYED pending resolution of the appeal in *Ingenus Pharmaceuticals, LLC v. Nexus Pharmaceuticals, Inc.*, Case No. 2025-1840 (Fed. Cir.);

2. From the date of this Order, the Parties shall jointly file quarterly Status Reports apprising the Court of the status of the appeal, the status of FDA approval of Hetero's ANDA No. 219271, and any other matters requiring the Court's attention;

3. Within __ days of the docketing of a mandate from the United States Court of Appeals for the Federal Circuit in *Ingenus Pharm., LLC v. Nexus Pharm., Inc.*, No. 1:22-cv-02868 (N.D. Ill.), the Parties shall jointly notify the Court and request a Status Conference.

_____
The Honorable Jennifer L. Hall
United States District Judge