# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 22−cv−02868 (MMR) |
| ) | |
| v. ) | |
| ) | Hon. Mary M. Rowland |
| NEXUS PHARMACEUTICALS, INC., ) | |
| ) | Mag. Judge Daniel P. McLaughlin |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Ingenus Pharmaceuticals, LLC ("Ingenus") appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered on May 9, 2025 in Civil Action No. 22-cv-02868 (MMR), and all other rulings, conclusions, determinations, findings, opinions and orders that were adverse to Ingenus including the Memorandum Opinion and Order entered on May 9, 2025.

Dated: June 2, 2025

Respectfully submitted,

*Of Counsel:*

By: */s/ Christopher T. Griffith*

Michael Dzwonczyk
    mdzwonczyk@sughrue.com
John T. Callahan
    jcallahan@sughrue.com
L. Roman Rachuba
    lrachuba@sughrue.com

**SUGHRUE MION PLLC**
2000 Pennsylvania Ave., N.W.
Suite 9000
Washington, D.C. 20006
Telephone: (202) 293-7060

Robert F. Green (ARDC No. 1045466)
    rgreen@greengriffith.com
Christopher T. Griffith (ARDC No. 6197487)
    cgriffith@greengriffith.com

**GREEN, GRIFFITH & ASSOCIATES LLP**
20 N. Clark Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 883-8008

*Attorneys for Plaintiffs
Ingenus Pharmaceuticals, LLC and
Leiutis Pharmaceuticals, LLP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2025, the foregoing **NOTICE OF APPEAL** was served on counsel of record for Defendant Nexus Pharmaceuticals, Inc. via the ECF system.

*/s/ Christopher T. Griffith*
Christopher T. Griffith