IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>               Defendants. | C.A. No. 24-1025-JLH |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S May 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendants Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI ("Hetero") moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this motion the Parties state as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which requires *inter alia* for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshalls. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A Status Conference is currently scheduled for July 3, 2025 in Courtroom 6D before Judge Hall.

1

3. Some members of Hetero's team do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

4. The following persons that intend to appear at the Status Conference require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

    - Neal Seth, attorney for Hetero
    - Wesley Weeks, attorney for Hetero

5. WHEREFORE, Hetero respectfully requests that the Court issue an order in the form of an executed version of this Motion, to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order.

Dated: June 20, 2025

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Defendants Hetero USA, Inc.,*
*Hetero Labs Ltd., and*
*Hetero Labs Ltd. Unit-VI*

3

**SO ORDERED** this 23rd day of  June , 2025.

                                                     The Honorable Jennifer L. Hall
                                                   United States Magistrate Judge