**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-1025-JLH |
| HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI, | |
| Defendants. | |

**INGENUS PHARMACEUTICALS, LLC'S MOTION FOR EXEMPTION OF
PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024
STANDING ORDER ON PERSONAL DEVICES**

Plaintiff Ingenus Pharmaceuticals, LLC ("Plaintiff") respectfully moves the Court to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of its motion, Plaintiff states as follows:

1.      The District of Delaware's May 17, 2024, Standing Order provides procedures to regulate the possession and use of personal electronic devices having a primary function of wireless communication by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024, Standing Order provides for certain exemptions to the Standing Order.

2.      A Status Conference in the above captioned action is set to begin Thursday, July 3, 2025, at 11:00 am in Courtroom 6D.

3.    The following personnel from Plaintiff's team plan to attend the Status Conference and require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order:

- Michael Dzwonczyk, admitted *pro hac vice*

- John T. Callahan, admitted *pro hac vice*

- L. Roman Rachuba, admitted *pro hac vice*

WHEREFORE, Plaintiff respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order.

Dated: June 25, 2025

**SMITH, KATZENSTEIN & JENKINS LLP**

*Of Counsel:*

Michael Dzwonczyk
John T. Callahan
L. Roman Rachuba
**SUGHRUE MION PLLC**
2000 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20006
(973) 998-7722
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
mdzwonczyk@sughrue.com
jcallahan@sughrue.com
lrachuba@sughrue.com

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Ingenus*
*Pharmaceuticals, LLC*