IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>　　　　Defendants. | C.A. No. 24-1025-JLH |

### [PROPOSED] ORDER

WHEREAS, the Court has considered Plaintiff's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the Thursday, July 3, 2025 Status Conference, the following persons are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- Michael Dzwonczyk, admitted *pro hac vice*
- John T. Callahan, admitted *pro hac vice*
- L. Roman Rachuba, admitted *pro hac vice*

SO ORDERED this  25th  day of June, 2025

_____
The Honorable Jennifer L. Hall
United States District Judge