IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>                Defendants. | C.A. No. 24-1025-JLH |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF (NOS. 1-4)**

**DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF (Nos. 14-106)**

were served upon the attorneys listed below via electronic mail on this 30th day of June, 2025 prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Neal C. Belgam<br>Daniel A. Taylor<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Plaintiff*<br>*Ingenus Pharmaceuticals, LLC* | Michael R. Dzwonczyk<br>John T. Callahan<br>L. Roman Rachuba<br>SUGHRUE MION, PLLC<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20037<br>mdzwonczyk@sughrue.com<br>jcallahan@sughrue.com<br>lrachuba@sughrue.com<br><br>*Attorneys for Plaintiff*<br>*Ingenus Pharmaceuticals, LLC* |

Dated: June 30, 2025

| | |
|---|---|
| OF COUNSEL:<br>Neal Seth<br>Wesley E. Weeks<br>WILEY REIN LLP<br>2050 M St. NW<br>Washington, DC 20036<br>(202) 719-7000<br>nseth@wiley.law<br>weeks@wiley.law | */s/ Kenneth L. Dorsney*<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Ave., Ste. 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Hetero USA, Inc.,*<br>*Hetero Labs Ltd., and*<br>*Hetero Labs Ltd. Unit-VI* |