IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI,<br><br>　　　　　　Defendants. | C.A. No. 1:24-cv-01025-JLH |

## NOTICE OF CHANGE OF ADDRESS

Defendants Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI (collectively, "Hetero" or "Defendants") hereby notifies the Court and all parties of record that effective immediately the mailing address for Kenneth L. Dorsney and Cortlan S. Hitch of MORRIS JAMES LLP has changed to the following address:

MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800

The firm affiliation and all other contact information remains unchanged.

Dated: September 9, 2025

　　　　　　　　　　　　　　　　　　　　/s/ *Kenneth L. Dorsney*
　　　　　　　　　　　　　　　　　　　Kenneth L. Dorsney (#3726)
　　　　　　　　　　　　　　　　　　　Cortlan S. Hitch (#6720)
　　　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　　　3205 Avenue North Boulevard, Suite 100
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19803
　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　kdorsney@morrisjames.com
　　　　　　　　　　　　　　　　　　　chitch@morrisjames.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　*Hetero USA, Inc.,*
　　　　　　　　　　　　　　　　　　　*Hetero Labs Ltd., and*
　　　　　　　　　　　　　　　　　　　*Hetero Labs Ltd. Unit-VI*