IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>HETERO USA, INC., HETERO LABS LTD.,<br>and HETERO LABS LTD. UNIT-VI,<br><br>            Defendants. | C.A. No. 24-1025-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 18, 2025, Plaintiff Ingenus Pharmaceuticals, LLC ("Plaintiff") served its responses and objections to Defendants Hetero Labs Ltd., Hetero Labs Ltd. Unit-VI , and Hetero USA, Inc.'s ("Defendants"), (1) First Set of Interrogatories to Plaintiff (Nos. 1-4) and; (2) Second Set of Requests for Production to Plaintiff (Nos. 14-106) on the following counsel for Defendants via email:

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Neal Seth
Wesley E. Weeks
Corey Weinstein
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
(202) 719-7000
nseth@wiley.law
weeks@wiley.law
cweinstein@wiley.law

Dated: September 18, 2025

|  |  |
|---|---|
| *Of counsel:* | **SMITH, KATZENSTEIN & JENKINS LLP** |
|  | */s/ Daniel A. Taylor* |
| Michael R. Dzwonczyk | Neal C. Belgam (No. 2721) |
| John T. Callahan | Daniel A. Taylor (No. 6934) |
| L. Roman Rachuba | 1000 N. West Street, Suite 1501 |
| SUGHRUE MION, PLLC | Wilmington, DE 19801 |
| 2000 Pennsylvania Ave., N.W. | (302) 652-8400 |
| Washington, DC 20037 | nbelgam@skjlaw.com |
| mdzwonczyk@sughrue.com | dtaylor@skjlaw.com |
| jcallahan@sughrue.com |  |
| lrachuba@sughrue.com | *Attorneys for Plaintiff Ingenus Pharmaceuticals, LLC* |