# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HETERO USA, INC., HETERO LABS )<br>LTD., and HETERO LABS LTD. UNIT-VI, )<br>)<br>Defendants. ) | C.A. No. 24-1025-JLH |

## JUDGMENT

At Wilmington, this 21st day of October, 2025, having granted Defendants' motion for summary judgment on Plaintiff's claims (D.I. 69);

IT IS HEREBY ORDERED that Judgment be and is hereby entered in favor of Defendants and against Plaintiff.

IT IS FURTHER ORDERED that the Clerk of Court shall close the case.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE