**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HETERO USA, INC., HETERO LABS LTD.,<br>and HETERO LABS LTD. UNIT-VI,<br><br>    Defendants. | C.A. No. 24-1025-JLH |

**PLAINTIFF'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), Plaintiff Ingenus Pharmaceuticals, LLC ("Ingenus") appeals to the United States Court of Appeals for the Federal Circuit from this Court's Memorandum Order and Judgment entered on October 21, 2025. (D.I. 79; D.I. 80)

In accordance with 28 U.S.C. §§ 1913 and 1917, Federal Circuit Rule 52, and Federal Rule of Appellate Procedure 3(e), Ingenus submits payment of $605.00, representing the $600.00 filing fee and the $5.00 statutory fee.

Dated: November 19, 2025

|  |  |
|---|---|
|  | **SMITH, KATZENSTEIN & JENKINS LLP** |
| *Of counsel:* | */s/ Daniel A. Taylor* |
|  | Neal C. Belgam (No. 2721) |
| Michael R. Dzwonczyk | Daniel A. Taylor (No. 6934) |
| John T. Callahan | 1000 N. West Street, Suite 1501 |
| L. Roman Rachuba | Wilmington, DE 19801 |
| SUGHRUE MION, PLLC | (302) 652-8400 |
| 2000 Pennsylvania Ave., N.W. | nbelgam@skjlaw.com |
| Washington, DC 20037 | dtaylor@skjlaw.com |
| mdzwonczyk@sughrue.com |  |
| jcallahan@sughrue.com | *Attorneys for Plaintiff Ingenus* |
| lrachuba@sughrue.com | *Pharmaceuticals, LLC* |