**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

INGENUS PHARMACEUTICALS, LLC,

        Plaintiff,

  v.

HETERO USA, INC., HETERO LABS LTD., and
HETERO LABS LTD. UNIT-VI,

        Defendants.

C.A. No. 1:24-cv-01025-JLH

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that effective immediately Neal Seth, counsel for Defendants

Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI (collectively, "Hetero" or

"Defendants"), in the above action, changed law firms and should be served as indicated below:

Neal Seth
Woods Rogers Vandeventer Black PLC
1765 Greensboro Station Place, Suite 900
Tysons, VA 22102
540.983.7600
neal.seth@woodsrogers.com

Dated: May 11, 2026

                  */s/ Cortlan S. Hitch*
                  Kenneth L. Dorsney (#3726)
                  Cortlan S. Hitch (#6720)
                  **MORRIS JAMES LLP**
                  3205 Avenue North Boulevard, Suite 100
                  Wilmington, DE 19803
                  (302) 888-6800
                  kdorsney@morrisjames.com
                  chitch@morrisjames.com

                  *Attorneys for Defendants*
                  *Hetero USA, Inc., Hetero Labs Ltd., and*
                  *Hetero Labs Ltd. Unit-VI*

1