**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| INGENUS PHARMACEUTICALS, LLC,<br><br>                   Plaintiff,<br><br>        v.<br><br>HETERO USA, INC., HETERO LABS LTD., and<br>HETERO LABS LTD. UNIT-VI,<br><br>                   Defendants. | C.A. No. 1:24-cv-01025-JLH |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Wesley E. Weeks and Corey Weinstein of the law firm Wiley Rein LLP, hereby withdraws as counsel for Hetero USA, Inc., Hetero Labs Ltd., and Hetero Labs Ltd. Unit-VI (collectively, "Hetero" or "Defendants"). Defendants will continue to be represented by Morris James LLP and Neal Seth of Woods Rogers Vandeventer Black PLC.

Dated: May 11, 2026

　　　　　　　　　　　　　　　　　　　　　　　／s/ Cortlan S. Hitch
　　　　　　　　　　　　　　　　　　　　　Kenneth L. Dorsney (#3726)
　　　　　　　　　　　　　　　　　　　　　Cortlan S. Hitch (#6720)
　　　　　　　　　　　　　　　　　　　　　**MORRIS JAMES LLP**
　　　　　　　　　　　　　　　　　　　　　3205 Avenue North Boulevard, Suite 100
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19803
　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　kdorsney@morrisjames.com
　　　　　　　　　　　　　　　　　　　　　chitch@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　*Hetero USA, Inc., Hetero Labs Ltd., and*
　　　　　　　　　　　　　　　　　　　　　*Hetero Labs Ltd. Unit-VI*

1